RILEY A. CLAYTON
Nevada Bar No. 005260
rclayton@lawhjc.com

**HALL JAFFE & CLAYTON, LLP**
7425 PEAK DRIVE
LAS VEGAS, NEVADA 89128
(702) 316-4111
FAX (702)316-4114

Attorneys for Defendant,
State Farm Mutual Automobile Insurance Company

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

BETTY JUDAH, an individual,

    Plaintiff,

vs.

STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, and DOES I-X AND ROES I-X, inclusive,

    Defendants.

CASE NO.: 2:15-cv-02085-JAD-PAL

**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE**

    IT IS HEREBY STIPULATED by and between the Plaintiff, Betty Judah, and Defendant, State Farm Mutual Automobile Insurance Company, parties hereto, by and through their respective counsel, Hanratty Law Group, for Plaintiff, and Hall Jaffe & Clayton, LLP, for Defendant, that this matter be

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

dismissed with prejudice, each party to bear its own costs and attorney fees.

DATED this 28 day of March, 2016.

HANRATTY LAW GROUP

By _____
Kevin M. Hanratty, Esq.
Nevada Bar No. 007734
1815 Village Center Circle, Suite 140
Las Vegas, NV 89134
*Attorney for Plaintiff*

DATED this 31 day of March, 2016.

HALL JAFFE & CLAYTON, LLP

By _____
Riley A. Clayton, Esq.
Nevada Bar No. 005260
7425 Peak Drive
Las Vegas, Nevada 89128
*Attorney for Defendant*

## **O R D E R**

Based on the parties' stipulation, IT IS HEREBY ORDERED this action is DISMISSED with prejudice, each side to bear its own fees and costs. The Clerk of Court is instructed to close this case.

Dated: April 4, 2016.

_____
UNITED STATES DISTRICT JUDGE